## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1422



March 7, 2008

Colliton v. Cravath, Swaine & Moore LLP,
No. 08 Civ. 0400 (NRB)

Dear Judge Buchwald:

On March 4, 2008, defendant Cravath, Swaine & Moore LLP ("Cravath") received by first-class mail Plaintiff's Amended Complaint, a copy of which is enclosed. The Amended Complaint comprises 60 single-spaced pages, 299 paragraphs, purports to assert 20 claims for relief and raises a variety of new, scurrilous and false allegations, including numerous baseless accusations of unethical and/or criminal activities by specific members of this Firm.

Cravath respectfully requests that it be permitted to move to dismiss the Amended Complaint no later than April 21, 2008. This is our first request for an extension of the filing deadline. We also request permission to make further application at the same time (1) in the alternative, pursuant to Fed. R. Civ. P. 12(f), to strike portions of the Amended Complaint, and/or (2) for sanctions pursuant to Fed. R. Civ. P. 11. Finally, Cravath requests that it be permitted to file a brief (in support of all relief requested) not to exceed 50 pages in order to deal with the additional issues raised by the Amended Complaint.

If the Court would prefer to have a pre-motion conference to discuss any of the above, Cravath is prepared to appear at the Court's convenience.

Our response to the Amended Complaint is currently due on March 17, 2008. We respectfully request that this Court adjourn Cravath's obligation to respond either to April 21, 2008, or, if the Court wishes to hold a conference to discuss a

*Endorsement*

Defendant's motion to dismiss and related requests for relief is due April 14, 2008. Plaintiff's answering papers are due May 19, 2008. Defendant's reply is due June 3, 2008. The moving and answering papers shall not exceed 35 pages. The reply brief shall not exceed 15 pages. So ordered.

Naomi Reice Buchwald, USDJ   3/10/08

procedure and schedule for the motion described above, then without date pending such conference.

Respectfully,

Robert H. Baron

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Encl.

BY FIRM MESSENGER

Copy w/o encl. to:

Mr. James Colliton
28 Millbank Road
Poughkeepsie, NY 12603

BY EMAIL PDF AND FIRST CLASS MAIL