UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES COLLITON,<br><br>                              Plaintiff,<br><br>-against-<br><br>CRAVATH, SWAINE & MOORE LLP,<br><br>                              Defendant. | 08 CV 0400 (NRB)<br><br>CERTIFICATE OF SERVICE |

ROBERT B. ZWILLICH hereby certifies as follows:

I am over the age of 18 years, not a party to this action and reside at 255 Killarney Drive, Berkeley Heights, New Jersey 07922.

On the 14th day of April, 2008, I served the annexed **NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11; DECLARATION OF ROBERT H. BARON; and MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11** upon

James Colliton
28 Millbank Road
Poughkeepsie, NY 12603

by delivering a true copy of the aforementioned documents to a courier for GLOBAL LINK, an overnight delivery service, for delivery the next day, to wit: Tuesday, April 15, 2008.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008.

_____
Robert B. Zwillich